__XX__ IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

_____ IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA

| CIVIL DIVISION | SUMMONS | CASE NUMBER |
|---|---|---|
| | | CACE-21-009200 |

| PLAINTIFF(S): | vs. DEFENDANT(S) | CLOCK IN |
|---|---|---|
| Gina Joseph, | Boardwalk Properties FL, LLC, | |

**THE STATE OF FLORIDA**

**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the Complaint or Petition, in this action on Defendant(s):

**Boardwalk Properties FL, LLC,** by serving Registered Agent:

Registered Agent Name & Address

Boardwalk Properties FL, LLC
Attn: Neil S. Rollnick, Esq.
2525 Ponce De Leon Blvd, 4th Floor
Coral Gables, Florida 33134

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's Attorney:

**Whose Address is:**

CHAD E. LEVY, ESQ.
LEVY & LEVY, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, Florida 33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723

Within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

| BRENDA D. FORMAN | | DATE |
|---|---|---|
| Clerk of Courts | By:_____ Deputy Clerk    Court Seal | MAY 11 2021 |

BRENDA D. FORMAN

**EXHIBIT "A"**

Filing # 126319032 E-Filed 05/06/2021 02:56:55 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

GINA JOSEPH,

CASE NO.:

Plaintiff,

vs.

BOARDWALK PROPERTIES FL, LLC,

Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff, GINA JOSEPH (hereafter referred to as "Plaintiff"), by and through her undersigned counsel, and sues the Defendant, BOARDWALK PROPERTIES FL, LLC ("BOARDWALK"), and alleges as follows:

### INTRODUCTION

1. This is a proceeding for compensatory damages, punitive damages, and costs and attorneys' fees to remedy race and color discrimination affecting the terms, conditions and privileges of employment, and to redress the deprivation of rights secured to the Plaintiff under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§2000e, et seq., as amended ("ACT")

### JURISDICTION AND VENUE

2. Jurisdiction is invoked pursuant to the ACT.

3. ~~Venue is proper as all claims asserted herein arose in Broward County.~~

4. At all times material hereto, the Plaintiff was/is a citizen of the United States, a resident of Broward County, Florida, sui juris, and an employee or former employee of URBAN RESOURCES, LLC ("Urban"), who managed a property of the Defendant.

5. At all times material hereto, the Plaintiff was and continues to be a black African-

American, and is a member of a protected class within the meaning of the ACT.

6. At all times material hereto, the Plaintiff was an employee within the meaning of the ACT.

7. At all times material hereto, the Defendant, upon information and belief, was a Florida corporation doing business in Broward County, had sufficient control over the Plaintiff's employment with Urban, and thus was an employer within the meaning of the ACT.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

8. The Plaintiff has fulfilled all conditions precedent to the institution of this action an received a Right-to-Sue letter from the US EEOC on or about February 5, 2021.

**STATEMENT OF FACTS**

9. The Plaintiff, black, was hired as a Leasing Manager by Urban in December of 2019 to work at the apartment property called The Avenue Apartments ("Avenue") in Davie, Florida.

10. Avenue is owned by the Defendant, who hired Urban to manage the property.

11. When Plaintiff was hired, she was one of only two black women at that time in the management office, with a third black employee who worked outside the management office.

12. Plaintiff handled her job duties successfully, and increased occupancy significantly during her tenure.

13. However, during this time, both Plaintiff and one of the other black employee (Sacha Desouza) experienced direct evidence of racism from Defendant, including direct comments from ownership that they saw "too many blacks" on the property, and were upset that two white employees of Urban, Samantha and Lily, were hiring blacks.

14. After several meetings between the Defendant's owner, Adam Walker, and Samantha and Lily, Mr. Walker directly stated that "we need to get rid of all these black faces, I need a white

face here" regarding the leasing management.

15. This was followed by the Plaintiff's immediate demotion from a Leasing Manager to a regular Leasing Agent.

16. From there, on March 2, 2020, both Plaintiff and the other black employee, Brittney Taylor, were terminated by an employee from Urban, who said it was out of his control as it was what the Defendant wanted, yet no other non-black employees were terminated.

17. Moreover, two Caucasians were hired to replace the two terminated black employees.

## COUNT I
## ACT --- RACE DISCRIMINATION

18. The Plaintiff incorporates by reference paragraphs 1- 17 herein.

19. The Defendant discriminated against the Plaintiff in the terms and conditions of her employment, and otherwise denied the Plaintiff job opportunities because of her race.

20. The unlawful discriminatory actions by the Defendant and its agents and employees, as set forth herein, were and are intentional, willful, malicious and with gross disregard for the Plaintiff's rights, and violate the ACT.

21. As a direct and proximate result of the Defendant's unlawful and discriminatory treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, including, but not limited to:

    a. Damage to reputation, confidence and self-esteem;

    b. Loss of past and future income;

    c. Loss of future earning capacity;

    d. Loss of other fringe benefits;

    e. Stress, anxiety and emotional distress;

    f. Significant past and future pain and suffering; and

g. Other financial losses.

22. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation.

WHEREFORE, the Plaintiff, GINA JOSEPH, requests that judgment be entered against the Defendant, BOARDWALK PROPERTIES FL, LLC, for damages, including compensatory, consequential, and punitive, and all equitable relief, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## COUNT II
## ACT --- COLOR DISCRIMINATION

23. The Plaintiff incorporates by reference paragraphs 1- 17 herein.

24. The Defendants discriminated against the Plaintiff in the terms and conditions of her employment, and otherwise denied the Plaintiff job opportunities because of her color.

25. The unlawful discriminatory actions by the Defendant and its agents and employees, as set forth herein, were and are intentional, willful, malicious and with gross disregard for the Plaintiff's rights, and violate the ACT.

26. As a direct and proximate result of the Defendant's unlawful and discriminatory treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, including, but not limited to:

a. Damage to reputation, confidence and self-esteem;

b. Loss of past and future income;

c. Loss of future earning capacity;

d. Loss of other fringe benefits;

e. Stress, anxiety and emotional distress;

    f.  Significant past and future pain and suffering; and

    g.  Other financial losses.

 27. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation.

 WHEREFORE, the Plaintiff, GINA JOSEPH, requests that judgment be entered against the Defendant, BOARDWALK PROPERTIES FL, LLC, for damages, including compensatory, consequential, and punitive, and all equitable relief, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## **DEMAND FOR JURY TRIAL**

 The Plaintiff demands trial by jury of all issues triable as of right by a jury.

Dated: May 6, 2021.    Respectfully submitted,

             Law Offices of Levy & Levy, P.A.
             1000 Sawgrass Corporate Parkway, Suite 588
             Sunrise, Florida 33323
             Telephone: (954) 763-5722
             Facsimile: (954) 763-5723
             *Counsel for Plaintiff*

             */s/ Chad Levy*
             CHAD E. LEVY, ESQ.
             chad@levylevylaw.com
             Secondary: assistant@levylevylaw.com
             F.B.N.: 0851701
             DAVID M. COZAD, ESQ.
             david@levylevylaw.com
             F.B.N.: 333920