UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GINA JOSEPH

       Plaintiff,

CASE No.: 21-cv-61217-RAR

vs.

BOARDWALK PROPERTIES FL, LLC

       Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, GINA JOSEPH ("Ms. Joseph"), and Defendant, BOARDWALK PROPERTIES FL, LLC ("Boardwalk"), hereby file this Joint Stipulation of Dismissal with Prejudice. The parties agree and aver that Boardwalk does not have the sufficient number of employees to satisfy the employee numerosity requirement to be covered by Title VII of the Civil Rights Act of 1964. As such, the parties hereby stipulate to the dismissal of Ms. Joseph's claims, with prejudice. Each party shall bear their own attorney's fees and costs.

| **THE LAW OFFICES OF LEVY & LEVY, P.A.** | **HINSHAW & CULBERTSON LLP** |
|---|---|
| /s/ Chad E. Levy<br>Chad E. Levy, Esquire<br>chad@levylevylaw.com<br>Florida Bar No.: 0851701<br>/s/ David M. Cozad<br>David M. Cozad, Esquire<br>Florida Bar No.: 333920<br>david@levylevylaw.com<br>1000 Sawgrass Corporate Parkway<br>South Pointe I, Suite 588<br>Sunrise, FL  33323<br>Tel. (954) 763-5722<br><br>*Attorneys for Plaintiff* | /s/ Andrew Gordon<br>Andrew Gordon<br>Florida Bar No.: 68886<br>Email: AGordon@hinshawlaw.com<br>/s/ Daniel Eric Gonzalez<br>Daniel Eric Gonzalez, Esquire<br>Florida Bar No.: 118696<br>Email: Dgonzalez@hinshawlaw.com<br>One East Broward Boulevard<br>Suite 1010<br>Fort Lauderdale, FL 33301<br>Tel. (954) 375-1182<br><br>*Attorneys for Defendant* |