UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61217-RAR

**GINA JOSEPH**,

    Plaintiff,

v.

**BOARDWALK PROPERTIES FL, LLC**,

    Defendant.
_____/

**ORDER DISMISSING CASE**

**THIS CAUSE** is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 36], filed on December 17, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*, with each party to bear their own costs and attorneys' fees.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of December, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record